IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRONE NUNN, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 2:10cv338-WHA ) (WO) |
| MYRON H. THOMPSON, *et al.*, | ) ) ) |
| Defendants. | ) |

**O R D E R**

The plaintiff, a federal inmate incarcerated at Beaumont Medium Federal Correctional Facility, filed this *Bivens* action[1] on or around April 20, 2010. However, he has not submitted the $350.00 filing fee, nor has he filed a motion for leave to proceed *in forma pauperis*. The plaintiff shall therefore be granted additional time to provide this court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this case.

Accordingly, it is ORDERED that:

1. On or before July 6, 2010, the plaintiff shall either submit the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*. The plaintiff's motion for *in forma pauperis* status shall be accompanied by a prison account statement from the account clerk at Beaumont Medium Federal Correctional

---

[1] *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).

Facility showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.  <u>The plaintiff is cautioned that his failure to comply with this order will result in a recommendation by the undersigned that this case be dismissed</u>; and

    2.  The Clerk MAIL to the plaintiff a form for use in filing a motion to proceed *in forma pauperis*.

    Done this 16th day of June, 2010.

                      /s/Susan Russ Walker
                      SUSAN RUSS WALKER
                      CHIEF UNITED STATES MAGISTRATE JUDGE